# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NNCRYSTAL US CORPORATION and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 19-1307-RGA |
| v. | ) ) ) | |
| NANOSYS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Order dated March 17, 2020 (D.I. 28), Plaintiffs NNCrystal US Corporation and The Board of Trustees of the University of Arkansas and Defendant Nanosys, Inc. hereby provide their Joint Claim Construction Chart, attached as Exhibit A, identifying the disputed terms/phrases of the claims at issue with the parties' proposed constructions and intrinsic evidence in support of their respective constructions. A copy of U.S. Patent 7,105,051 and the portions of the intrinsic record relied upon are submitted herewith, as listed below. *See* D.I. 28 at ¶ 8.

    Exhibit JX-1: '051 Patent

    Exhibit PX-1: Excerpts from the Certified Prosecution History of the '051 patent

    Exhibit PX-2: U.S. Provisional Appl. No. 60/308,689

    Exhibit PX-3: A. A. Guzelian et al., *Journal of Physical Chemistry* 100 (1996) 7212-19

    Exhibit PX-4: U.S. Publication No. 2003/0097976

-2-

Other than the claim terms of the '051 patent identified in Exhibit A, the Parties agree that the terms in the '051 patent do not require construction by the Court and should be interpreted in accordance with their ordinary and customary meaning, as understood by a person of ordinary skill in the art as of the priority date of the '051 patent.

The Parties have made a good faith effort to include in Exhibit A all known intrinsic support for their respective constructions, but reserve the right to supplement Exhibit A with additional evidence and to rely upon additional evidence in their claim construction briefs.

| | |
|---|---|
| */s/ Tyler E. Cragg*  | */s/ Karen E. Keller* |
| Frederick L. Cottrell, III (#2555) | Karen E. Keller (No. 4489) |
| Nicole K. Pedi (#6236) | David M. Fry (No. 5486) |
| Tyler E. Cragg (#6398) | Nathan R. Hoeschen (No. 6232) |
| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
| 920 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 651-7700 | Wilmington, DE 19801 |
| cottrell@rlf.com | (302) 298-0700 |
| pedi@rlf.com | kkeller@shawkeller.com |
| cragg@rlf.com | dfry@shawkeller.com |
| | nhoeschen@shawkeller.com |

*Of Counsel*:

Qingyu Yin
Brian Kacedon
Rajeev Gupta
FINNEGAN, HENDERSON, FARABOW,
GARRETT
& DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000
qingyu.yin@finnegan.com
brian.kacedon@finnegan.com
raj.gupta@finnegan.com

Maximilienne Giannelli
FINNEGAN, HENDERSON, FARABOW,
GARRETT
& DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
max.giannelli@finnegan.com

*Attorneys for Plaintiffs NNCrystal US Corporation and The Board of Trustees of the University of Arkansas*

DATED:  August 17, 2020

Right column:
*Of Counsel*:

J.C. Rozendaal
Byron L. Pickard
Rob Esmond
Donald J. Featherstone
Josephine Kim
Brady P. Gleason
STERNE, KESSLER, GOLDSTEIN
& FOX P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005

*Attorneys for Defendant Nanosys, Inc.*