IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NNCRYSTAL US CORPORATION, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, <br><br> Plaintiffs, <br><br> v. <br><br> NANOSYS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 19-1307-RGA ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING IPR**

The parties hereby stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, on August 18, 2020, the Patent Trial and Appeal Board ("PTAB") instituted an *inter partes* review ("IPR") proceeding on all of the claims being asserted in the above-captioned case (*see* IPR2020-00503, Paper No. 8 (Institution Decision));

**WHEREAS**, Plaintiffs, NNCrystal US Corporation and The Board of Trustees of the University of Arkansas ("Plaintiffs"), and Defendant, Nanosys, Inc. ("Defendant"), agree to stay proceedings for the single patent-in-suit pending the resolution of IPR by the PTAB;

**WHEREAS**, staying the present action would promote efficiency and preserve judicial resources because the IPR action may moot further claims in this action; and

**WHEREAS**, a stay until the issuance of the PTAB's Final Written Decision will not unduly prejudice any of the parties;

**NOW THEREFORE**, the parties hereby stipulate and respectfully request, subject to the approval of the Court, as follows:

The present action shall be stayed with respect to all parties' adjudication of claims and

defenses pending issuance of the PTAB's Final Written Decision;

Following the expiration of the stay, the parties shall confer with each other and contact the Court for purposes of entry of a Scheduling Order.

| | |
|---|---|
| /s/ Nicole K. Pedi | /s/ Karen E. Keller |
| Frederick L. Cottrell, III (No. 2555) | Karen E. Keller (No. 4489) |
| Nicole K. Pedi (No. 6236) | David M. Fry (No. 5486) |
| Tyler E. Cragg (No. 6398) | Nathan R. Hoeschen (No. 6232) |
| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER LLP |
| 920 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 651-7700 | Wilmington, DE 19801 |
| cottrell@rlf.com | (302) 298-0700 |
| pedi@rlf.com | kkeller@shawkeller.com |
| cragg@rlf.com | dfry@shawkeller.com |
| *Attorneys for Plaintiffs* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: August 25, 2020

SO ORDERED this ____ day of August, 2020.

_____
United States District Judge