Nicole K. Pedi
302-651-7844
Pedi@rlf.com

**RICHARDS LAYTON & FINGER**

December 27, 2022

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801-3555

  Re: *NNCrystal US Corporation, et al. v. Nanosys, Inc.*, C.A. No. 19-1307-RGA

Dear Judge Andrews:

  As Your Honor may recall, pursuant to the October 4, 2022 stipulation and subsequent stipulations entered between the parties and so-ordered by the Court, all deadlines in this action were stayed while the parties discussed settlement (D.I. 180, 182, 184, 186, D.I. 189, 192). But, as described in the parties' December 21, 2022 Joint Status Report (D.I. 194), the parties have been unable to agree to terms for settlement and settlement negotiations between the parties are no longer progressing. While the parties agree that the stay in this action should now be lifted so the case may proceed, the parties have been unable to agree on amended case deadlines to move this case forward. The parties' respective proposals and positions for amending the remaining deadlines in this case are set forth below[1]:

| EVENT | ORIGINAL DEADLINE | PLAINTIFFS' PROPOSED AMENDED DEADLINE | DEDFENDANT'S PROPOSED AMENDED DEADLINE |
|---|---|---|---|
| Dispositive and *Daubert* Motions and opening briefs | October 25, 2022 | January 9, 2023 | February 2, 2023 |
| Answering briefs to any case dispositive or *Daubert* motions | November 9, 2022 | January 30, 2023 | February 23, 2023 |
| Reply briefs to any case dispositive or *Daubert* | November 23, 2022 | February 13, 2023 | March 9, 2023 |

---

  [1] Due to the parties' disagreement over rescheduling the remaining deadlines in this case, the parties submit this letter in lieu of the "joint stipulation and proposed order to amend the remaining case deadlines in this matter" referenced in their December 21, 2022 Joint Status Report. D.I. 194.

The Honorable Richard G. Andrews
December 27, 2022
Page 2

| | | | |
|---|---|---|---|
| motions | | | |
| Joint Proposed Pretrial Order | February 17, 2023 | 1 week prior to the Pretrial Conference | 1 week prior to the Pretrial Conference |
| Pretrial Conference | February 24, 2023 | June __, 2023 | July __, 2023 |
| Trial | March 6, 2023 | Five days at the Court's convenience in the timeframe of June 26, 2023-July 28, 2023 | At the Court's convenience |

Plaintiffs' Position:

      From the time that the parties submitted the first stipulation to the Court on October 4, 2022, through and including the parties' settlement discussions in this matter, counsel for Defendant Nanosys, Inc. has consistently represented that Defendant's case dispositive motions were complete and ready to be filed at any time.  Yet now that settlement discussions have officially ceased, Defendant is requesting more than a month of additional time before case dispositive motions are submitted to the Court, unnecessarily delaying trial and preventing this case from a swift resolution.  No further delay of this case is warranted.  The parties should proceed with filing case dispositive motions by January 9th so this case may finally move forward after what was effectively a three-month stay.  Plaintiffs' proposed deadline for case dispositive motions should pose no prejudice to Defendant given counsel's representations that Defendant's case dispositive motions were ready to be filed and the fact that the parties requested an extension for the first time on the eve of the original deadline, by which point the parties were surely in a position to file their case dispositive motions.  Moreover, a January 9th deadline gives both sides ample time to follow-up with their respective clients after the holidays should any last-minute changes to the motions and opening briefs be necessary.

Defendant's Position:

      Nanosys has no dispute with the relative timeline set forth in Plaintiffs' proposal.  However, Plaintiffs' proposed schedule leaves Nanosys at a disadvantage for opening briefing. Nanosys' offices are currently closed for the holidays and will remain so until just 4 business days before Plaintiffs' proposed deadline to file opening summary judgment and Daubert briefs.  Moreover, Nanosys recently retained new general counsel who – in light of the recent settlement negotiations and aforementioned closure -- requires more time to fully review and assess the prospective motions and potentially narrow the issues.  Plaintiffs have neither issue.  Given that Plaintiffs have failed to point to any particular prejudice from Nanosys' proposed schedule, Nanosys respectfully requests that the Court enter its proposed schedule.

***

The Honorable Richard G. Andrews
December 27, 2022
Page 3

      Should Your Honor have any questions regarding this matter, counsel is available at the Court's convenience.

                                Respectfully,

                                */s/ Nicole K. Pedi*

                                Nicole K. Pedi (#6236)

cc:     Counsel of Record (via CM/ECF)