IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NNCRYSTAL US CORPORATION, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NANOSYS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1307-RGA<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND DEADLINE TO FILE REDACTIONS**

　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file redacted versions of D.I. 199 and D.I. 200 is extended through and including January 20, 2023.

| | |
|---|---|
| */s/ Nicole K. Pedi*<br>Frederick L. Cottrell, III (#2555)<br>Nicole K. Pedi (#6236)<br>Tyler E. Cragg (#6398)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>pedi@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Plaintiffs*<br><br>Dated: January 17, 2023 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant* |

SO ORDERED THIS _____ day of _____ 2023

_____
UNITED STATES DISTRICT JUDGE