## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NNCRYSTAL US CORPORATION AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS,<br><br>          Plaintiffs,<br><br>      v.<br><br>NANOSYS, INC.,<br><br>          Defendant. | C.A. NO. 19-1307-RGA |

### STIPULATION AND ORDER OF DISMISSAL

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses and/or counterclaims brought, or which could have been brought, are hereby dismissed with prejudice pursuant to a Settlement Agreement executed by the parties on June 16, 2023. Each party shall bear its own attorneys' fees, expenses, and costs.

| | |
|---|---|
| */s/ Nicole K. Pedi* | */s/ Nathan R. Hoeschen* |
| Frederick L. Cottrell, III | Karen E. Keller (No. 4489) |
| Nicole K. Pedi | Nathan R. Hoeschen (No. 6232) |
| Tyler E. Cragg | SHAW KELLER LLP |
| RICHARDS, LAYTON & FINGER, P.A. | I.M. Pei Building |
| 920 North King Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 298-0700 |
| cottrell@rlf.com | kkeller@shawkeller.com |
| pedi@rlf.com | nhoeschen@shawkeller.com |
| cragg@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

Dated: June 22, 2023

SO ORDERED THIS __22__ day of __June__ 2023.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.